UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Tim Mackey and John Nesse as Trustees of the Minnesota Laborers Health and Welfare Fund, Gary Reed and John Nesse as Trustees of the Minnesota Laborers Pension Fund, James Brady and Martha Henrickson as Trustees of the Minnesota Laborers Vacation Fund, Gary Reed and John Bartz as Trustees of the Construction Laborers' Education, Training, and Apprenticeship Fund of Minnesota and North Dakota, Dan Olson and Chris Born as Trustees of the Minnesota Laborers Employers Cooperation and Education Trust, the Minnesota Laborers Health and Welfare Fund, the Minnesota Laborers Pension Fund, the Minnesota Laborers Vacation Fund, the Construction Laborers' Education, Training, and Apprenticeship Fund of Minnesota and North Dakota, and the Minnesota Laborers Employers Cooperation and Education Trust, | Case No. 15-CV-68 (PAM/JJK) |
| | **ORDER TO SHOW CAUSE** |
| Plaintiffs, | |
| v. | |
| Construction Cleaning Specialists LLC, | |
| Defendant. | |

This matter is before the Court on Plaintiffs' Motion for Order to Show Cause as to why the Defendant Construction Cleaning Specialists LLC, should not be held in civil contempt for failing to obey the Court's Order issued on September 1, 2015. Pursuant to Plaintiffs' motion,

**IT IS HEREBY ORDERED:**

The Defendant Construction Cleaning Specialists LLC, and its Manager Robert Wollesen, are hereby ordered to personally appear before this Court on **January 7, 2016 at 11:00 a.m.** Courtroom 7D, at the U.S. Courthouse, 316 North Robert Street, Saint Paul, Minnesota 55101, to show cause, if any, why a contempt of Court Order should not be entered adjudging that Construction Cleaning Specialists LLC is in civil contempt of this Court's September 1, 2015 Order (Docket No. 21).

Date:  December 14, 2015                    *s/ Paul A. Magnuson*
                                                    Paul A. Magnuson
                                                    United States District Court Judge